**Rosalind M. CROSS, Plaintiff–Appellant**

v.

**David S. FERRIERO, Archivist of the United States, Defendant–Appellee.**

No. 14–1696.

United States Court of Appeals, Eighth Circuit.

Submitted: Oct. 7, 2014.

Filed: Oct. 10, 2014.

Rosalind M. Cross, Saint Louis, MO, pro se.

Jane Berman Shaw, U.S. Attorney's Office, Saint Louis, MO, for Defendant–Appellee.

Before WOLLMAN, BYE, and SMITH, Circuit Judges.

**PER CURIAM.**

Rosalind Cross appeals the district court's [1] dismissal of her claims against her employer, David Ferriero, Archivist of the United States, National Archives and Records Administration, brought under Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e, *et seq.* After careful review, *see Bradley Timberland Resources v. Bradley Lumber Co.,* 712 F.3d 401, 406 (8th Cir.2013) (de novo review of dismissal for failure to state claim); *Coons v. Mineta,* 410 F.3d 1036, 1039 (8th Cir.2005) (de novo review of dismissal for failure to exhaust), we find that Cross failed to exhaust her claims of retaliation based on her nonselection for an analyst position and based on the handling of her EEO complaints, *see* 29 C.F.R. § 1614.105(a)(1) (federal employee must initiate contact with EEO counselor within 45 days of the date of the alleged discriminatory matter); *Wilkie v. Dep't of Health & Human Servs.,* 638 F.3d 944, 949 (8th Cir.2011) (Title VII plaintiff must exhaust administrative remedies before bringing discrimination claims); and that Cross's remaining allegations of retaliation—that her application was posted for coworker review and that she was charged for an EEO transcript—failed to state a claim under Title VII, *see AuBuchon v. Geithner,* 743 F.3d 638, 644 (8th Cir.2014) (adverse employment action must be material, not trivial, and must produce some injury or harm); *Betz v. Chertoff,* 578 F.3d 929, 937 (8th Cir.2009) (plaintiff alleging Title VII retaliation claim must show participation in protected activity, adverse action, and causal relationship between two).

---

1. The Honorable Rodney W. Sippel, United States District Judge for the Eastern District of Missouri.

Accordingly, we affirm. *See* 8th Cir. R. 47B.